UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GINA JOHNSON, et al., )
                     )
       Plaintiffs,   )
                     )
v.                   )   Civil Action No. S01-CV-2299
                     )
ACE CASH EXPRESS, INC., et al., )
                     )
       Defendants.   )

MOTION FOR ADMISSION PRO HAC VICE

I, Gary Peller, am a member in good standing of the bar of this Court. My bar number is 015125. I am moving the admission of Deborah M. Zuckerman to appear *pro hac vice* in this case as counsel for plaintiffs Gina Johnson and Katherine Larsen. We certify that:

1. Enclosed is the $50.00 fee for admission *pro hac vice* in the form of a check payable to Clerk, United States District Court.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Admission Date |
| --- | --- |
| District of Columbia | 1980 |
| U.S. District Court for the District of Columbia | 1982 |
| U.S. Court of Appeals for the D.C. Circuit | 1982 |
| U.S. Supreme Court | 1995 |
| U.S. Court of Appeals for the Eleventh Circuit | 1998 |
| U.S. Court of Appeals for the Fifth Circuit | 2000 |

3. During the twelve months immediately preceding this Motion, the proposed admittee has been admitted *pro hac vice* in this Court no times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. In a September 14, 2001, telephone conversation with Gary Peller, counsel for plaintiffs, Brian Moffet, counsel for defendants, consented to this Motion.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Gary Peller | /s/ Deborah M. Zuckerman |
| Gary Peller | Deborah M. Zuckerman |
| Professor of Law | AARP FOUNDATION |
| Georgetown University Law Center | 601 E Street, N.W. |
| 600 New Jersey, NW | Washington, DC 20049 |
| Washington, DC 20001 | Telephone: (202) 434-6045 |
| Telephone: (202) 662-9122 | Facsimile: (202) 434-6424 |
| Facsimile: (202) 662-9680 | |
| Dated: 10/10/01 | Dated: 10/10/01 |

## ORDER

☒ GRANTED          ☐ DENIED

_____
Date

_____
United States District Judge

c/w 10/15/01
rlp

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was served on defendants by mailing a copy first-class, postage prepaid, this ___ day of October 2001, to:

    Timothy F. McCormack, Esq.
    Gordon, Feinblatt, Rothman,
     Hoffberger & Hollander, LLC
    233 East Redwood Street
    Baltimore, MD 21202

    Alan S. Kaplinsky, Esq.
    Ballard Spahr Andrews & Ingersoll, LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103-7599

                                             Gary Peller