IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GINA JOHNSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: S-01-CV-2299 |
| GOLETA NATIONAL BANK, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 101.1(b) of this Court, Robert A. Scott, Esquire, a member of the bar of this Court, moves the admission of Martin C. Bryce, Jr., Esquire, to appear pro hac vice in the captioned proceeding as counsel for Goleta National Bank.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is licensed to practice before the Supreme Court of Pennsylvania and the Supreme Court of New Jersey, the highest court of those jurisdictions, and is a member in good standing of the Pennsylvania and New Jersey Bars. He is also admitted before the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle

MD_DOCS_A #1149198

District of Pennsylvania and the United States District Court of the District of New Jersey.

2) The proposed admittee has not been admitted <u>pro hac vice</u> in this Court during the twelve (12) months immediately preceding the filing of this motion.

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceeding will be the undersigned or Charles S. Hirsch, Esquire, who have been formally admitted to the bar of this Court.

6) It is understood that admission <u>pro hac vice</u> does not constitute formal admission to the bar of the this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| */signature/* | */signature/* |
| Robert A. Scott (Atty #: 024613) | Martin C. Bryce, Jr. |
| Ballard Spahr Andrews | Ballard Spahr Andrews |
| & Ingersoll, LLP | & Ingersoll, LLP |
| 300 E. Lombard Street | 1735 Market Street |
| 19th Floor | 51st Floor |
| Baltimore, Maryland 21202 | Philadelphia, Pennsylvania 19103 |
| (410) 528-5600 | (215) 665-8500 |

## ORDER

Motion __X__ GRANTED

Motion _____ DENIED


Dated: __10/23/01__                    _____
                                       Judge, U.S. District Court