IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GINA JOHNSON, et al.            *

      Plaintiffs             *

v.                              *   Civil Action No.: S-01-CV-2299

GOLETA NATIONAL BANK, et al.    *

      Defendants             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Robert A. Scott, Esquire, a member of the bar of this Court, moves the admission of Alan S. Kaplinsky, Esquire, to appear pro hac vice in the captioned proceeding as counsel for Goleta National Bank.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Pennsylvania Bar. He is also admitted before the Supreme Court of Pennsylvania, United States District Court for the Eastern District of Pennsylvania; United States Court of Appeals for the Third, Fifth, Seventh and Eleventh Circuits and the United States Supreme Court.

2) The proposed admittee has not been admitted pro hac vice in this Court during the twelve (12) months immediately preceding the filing of this motion.

MD_DOCS_A #1149197

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceeding will be the undersigned or Charles S. Hirsch, Esquire, who have been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of the this Court.


Respectfully submitted,

MOVANT:

_____
Robert A. Scott (Atty #: 024613)
Ballard Spahr Andrews
    & Ingersoll, LLP
300 E. Lombard Street
19th Floor
Baltimore, Maryland 21202
(410) 528-5600

PROPOSED ADMITTEE:

_____
Alan S. Kaplinsky
Ballard Spahr Andrews
    & Ingersoll, LLP
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
(215) 665-8500

## **ORDER**

Motion ___8___ GRANTED

Motion _____ DENIED


Dated: ___10/23/01___                     _____
                                           Judge, U.S. District Court

                                                    c/m c/23/01