IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GINA JOHNSON, et al.                *

    Plaintiffs                     *

v.                                  *   Civil Action No.: S-01-CV-2299

GOLETA NATIONAL BANK, et al.        *

    Defendants                     *

*   *   *   *   *   *   *   *   *   *   *   *   *

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 101.1(b) of this Court, Robert A. Scott, Esquire, a member of the bar of this Court, moves the admission of Arthur Makadon, Esquire, to appear pro hac vice in the captioned proceeding as counsel for Goleta National Bank.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Pennsylvania Bar. He is also admitted before the Supreme Court of Pennsylvania, the United States District Courts for the Eastern and Central Districts of Pennsylvania; the United States District Court for the Central District of California; the United States Court of Appeals for the Federal and Seventh Circuits and the United States Supreme Court.

MD_DOCS_A #1150650 v1

2) The proposed admittee has not been admitted <u>pro hac vice</u> in this Court during the twelve (12) months immediately preceding the filing of this motion.

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceeding will be the undersigned or Charles S. Hirsch, Esquire, who have been formally admitted to the bar of this Court.

6) It is understood that admission <u>pro hac vice</u> does not constitute formal admission to the bar of the this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _____ | _____ |
| Robert A. Scott (Atty #: 024613) | Arthur Makadon |
| Ballard Spahr Andrews & Ingersoll, LLP | Ballard Spahr Andrews & Ingersoll, LLP |
| 300 E. Lombard Street | 1735 Market Street |
| 19th Floor | 51st Floor |
| Baltimore, Maryland 21202 | Philadelphia, Pennsylvania 19103 |
| (410) 528-5600 | (215) 665-8500 |

**ORDER**

Motion __X__ GRANTED

Motion _____ DENIED


Dated: __10/23/01__                              _____
                                                 Judge, U.S. District Court